UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA MAGALLANES DE VALLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:19-cv-00672-NONE-EPG<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL</u><br><br>(Doc. Nos. 18, 25) |

Plaintiff, Elisa Magallanes de Valle, filed the complaint commencing this action on February 3, 2020. (Doc. No. 1.) On April 23, 2020, defendant, United States of America, filed a motion for good faith settlement determination (Doc. No. 18), which was referred to the assigned magistrate judge for issuance of findings and recommendations (Doc. No. 19).

On August 5, 2020, the magistrate judge entered findings and recommendations, recommending that the motion for good faith settlement determination be granted and that the settlement between plaintiff and defendant be found as made and entered into in good faith pursuant to California Code of Civil Procedure § 877.6(a) and (c). (Doc. No. 25.) The findings and recommendations were served on the parties with instructions that any objections must be filed within fourteen days. (*Id.*) No objections have been filed, and the time to do so has passed.

/////

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations, entered August 5, 2020 (Doc. No. 25), are ADOPTED IN FULL;
2. The motion for good faith settlement determination (Doc. No. 18) is GRANTED;
3. The settlement between plaintiff, Elisa Magallanes De Valle, and defendant, the United States of America, is found to have been made and entered into in good faith pursuant to Cal. Code Civ. Proc. § 877.6(a) and (c);
4. Any party, person, or entity is therefore be barred from maintaining or making any future claim(s) against defendant, the United States of America, for equitable comparative contribution or for partial or complete comparative indemnity, under common law or statute, or based upon principles of comparative negligence or comparative fault based upon the claims at issue in this action; and
5. The parties are directed to file a stipulation for dismissal of this action within thirty days of the issuance of this order.

IT IS SO ORDERED.

Dated:   **September 1, 2020**                    _____
UNITED STATES DISTRICT JUDGE