UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA MAGALLANES DE VALLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:19-cv-00672-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 27) |

Plaintiff, Elisa Magallanes de Valle, and Defendant, United States of America, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 27). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **September 3, 2020**              /s/ Erica P. Grosjean
                                                                           UNITED STATES MAGISTRATE JUDGE